IRENE TOBIAS et al., as Executrices of CARRIE TOBIAS, Deceased, Respondents, v. EMANUEL CELLER et al., Formerly Doing Business as Copartners under the Name of CELLER & KRAUSHAAR, Appellants.— Order denying defendants' motion to strike out plaintiffs' second amended complaint on the ground that it was unauthorized under the resettled order of this court (267 App. Div. 884)

or for other relief, affirmed, with ten dollars costs and disbursements, with leave to appellants to answer within ten days from the entry of the order hereon. No opinion. Close, P. J., Hagarty, Carswell, Johnston and Lewis, JJ. concur. [180 Misc. 421; *post*, p. 864.]